AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>JASSEN L GRAY<br><br>Defendant(s) | ) ) ) ) ) ) ) Case No. 2:19-mj-603 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 25, 2019__ in the county of __Franklin__ in the
__Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841 (a)(1) and (b)(1)(B)(viii) | knowingly and intentionally possessed with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance |

This criminal complaint is based on these facts:

See Attached Sheet

☐ Continued on the attached sheet.

_____
Complainant's signature

DEA Task Force Officer Christopher Ellison
Printed name and title

Sworn to before me and signed in my presence.

Date: July 26, 2019

City and state: Columbus, OH

_____
Judge's signature

Kimberly A. Jolson, U.S.M.J
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Christopher L. Ellison, (hereafter referred to as the affiant) being duly sworn deposed and state:

1. I am employed as a Sergeant for the Ohio State Highway Patrol, currently assigned full-time as a Task Force Officer (TFO) with the Drug Enforcement Administration (DEA), Columbus District Office. As such, I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18 U.S.C.§ 2510(7), that is, an officer of the United States empowered by law to conduct criminal investigations and make arrests for offenses enumerated in Title 18 U.S.C.§ 2516. Your Affiant has been employed by the State of Ohio as a "Law Enforcement Officer," as defined in the Ohio Revised Code Section 2901.01, since 2004. Your affiant is empowered to investigate, to make arrests with or without warrants and to execute search warrants under the authority of Title 21 U.S.C. § 878 and the Ohio Revised Code.

2. Prior to being assigned to the DEA Task Force, Your Affiant was the assistant commander of an inter-agency collaborative between the Ohio State Highway Patrol, Cincinnati Police Department, and DEA – Cincinnati from 2017-2018, the assistant commander of the Ohio State Highway Patrol Wilmington District Criminal Patrol Unit from 2016 – 2017, assigned as a Task Force Officer with the West Central Ohio Crime Task Force in Lima Ohio from 2014 – 2016, and assigned as a road patrol trooper from 2004 – 2014.

3. During the course of my law enforcement career, I have had experience in debriefing defendants and interviewing participating witnesses, cooperating individuals and other persons who have personal knowledge and experience regarding the amassing, spending, conversion, transportation, distribution, and concealment of records and proceeds of trafficking in controlled substances.

4. The facts set forth within this affidavit come from the Affiant's own personal involvement with the investigation, as well as information provided by other law enforcement sources, officers, confidential sources, and reports, and this affidavit does not contain an exhaustive listing of each and every currently known fact concerning the investigation.

5. The information outlined below does not contain all details or all facts of which I am aware relating to this investigation but rather is provided for the limited purpose of establishing probable cause that GRAY committed this offense.

## FACTS SUPPORTING PROBABLE CAUSE

6. On July 25, 2019, at approximately 12:07 P.M, the Ohio State Highway Patrol Trooper J. Lawrence initiated a traffic stop on a maroon GMC Denali bearing Ohio registration (HSJ-6673) on Interstate 70 near mile marker 105 in Franklin County, Ohio. The reason for the traffic stop was due to the vehicle's registration having expired on July 9, 2019, a violation of the Ohio Revised Code. Upon conducting the traffic stop, Trooper J. Lawrence identified the driver as GRAY.

1

7. Upon making contact with GRAY, Trooper Lawrence immediately smelled the aroma of marijuana emitting from the vehicle. At this time, GRAY freely and voluntarily uttered to Trooper Lawrence that he was in possession of crystal meth. Your Affiant knows, through training and experience, the term "crystal meth" is a slang term for methamphetamine.

8. During a probable cause search of the vehicle, law enforcement located two bags of methamphetamine. One bag was later found to weigh 278.9 gross grams, the other bag was later found to weight 107.2 gross grams. Based on my training and experience and statements made by GRAY, Your Affiant believes the substance seized from GRAY to be methamphetamine.

9. GRAY was transported to Drug Enforcement Administration (DEA) Columbus District Office (CDO) to be processed and interviewed by law enforcement. Prior to conducting the post-arrest interview, TFO Smith verbally read GRAY his Miranda Warnings and provided him with the DEA Constitutional Rights Wavier form. GRAY acknowledged he understood his rights and voluntarily signed the Constitutional Rights Waiver form agreeing to speak with investigators.

10. During the interview, GRAY admitted to knowledge and possession of the suspected methamphetamine which was located inside the vehicle in which GRAY was operating prior to the traffic stop.

11. The suspected methamphetamine was found to weigh a total of approximately 386.1 gross grams.

12. Based upon this information, Your Affiant believes probable cause exits that on the above date, **Jassen GRAY** knowingly and intentionally possessed with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841 (a)(1) and (b)(1)(B)(viii).

Christopher Ellison
Task Force Officer
Drug Enforcement Administration

Sworn before me and subscribed in my presence on this 26th day of July, 2019, in Columbus, Ohio.

Honorable Kimberly Jolson
United States Magistrate Judge

2